# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID JESSEN, et al., | Case No. 1:17-cv-00524-DAD-EPG |
| Plaintiffs, | ORDER RE SETTLEMENT CONFERENCE |
| v. | |
| COUNTY OF FRESNO, et al., | |
| Defendants. | |

The Court is currently scheduled to preside over a settlement conference in this matter on April 11, 2018. Upon review of the settlement statements, the Court shall require the parties to confer, and at least of the parties shall bring to the settlement conference the following: 1) a complete floorplan of the residence; and 2) pictures of the interior and exterior of the residence prior to and after the incident at issue in this action.

IT IS SO ORDERED.

Dated: **April 9, 2018**

UNITED STATES MAGISTRATE JUDGE

1