# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID JESSEN AND GRETCHEN JESSEN,<br><br>Plaintiff,<br><br>vs.<br><br>THE COUNTY OF FRESNO, CITY OF CLOVIS and DOES 1 to 100, Inclusive,<br><br>Defendants. | Case No.: 1:17-CV-00524-DAD-EPG<br><br>**ORDER GRANTING APPLICATION FOR ORDER SHORTENING TIME AND EX PARTE MOTION AND MOTION FOR LEAVE TO MODIFY THE RULE 16(b) SCHEDULING ORDER FOR THE INITIAL EXPERT WITNESS DISCLOSURE FROM JUNE 1, 2018 TO JUNE 11, 2018**<br><br>**(ECF No. 35)** |

On June 1, 2018, Plaintiffs' moved ex parte for an order shortening time and for an order modifying the Court's Rule 16(b) Scheduling Order to extend the deadline for initial expert disclosure from June 1, 2018, to June 11, 2018 (ECF No. 35). Richard A. Belardinelli, attorney for Plaintiffs, has represented that Defendants, County of Fresno and City of Clovis, do not oppose Plaintiffs' motion to extend the initial expert witness disclosure deadline.

After considering Plaintiffs' Application and Certificate in support of the application to shorten time, and the moving papers in support of Plaintiffs' Motion for Leave to Modify the

Page 1

Rule 16(b) Scheduling Order for the Initial Expert Witness Disclosure from June 1, 2018, to June 11, 2018, the Court finds good cause for granting the motions.

IT IS ORDERED:

1. Plaintiffs Application for Order Shortening Time (ECF No. 35) is Granted;

2. Plaintiffs Motion for Leave to Modify the Rule 16(b) Scheduling Order for the Initial Expert Witness Disclosure from June 1, 2018, to June 11, 2018 (ECF No. 35) is Granted;

3. All other terms and conditions of the Scheduling Order (ECF No. 20) remain in full force and effect.

IT IS SO ORDERED.

Dated: **June 1, 2018**           /s/ *Erici P. Grosj*

                                   UNITED STATES MAGISTRATE JUDGE