# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID JESSEN, and GRETCHEN JESSEN,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF FRESNO, CITY OF CLOVIS, and DOES 1 to 100, inclusive,<br><br>Defendants. | CASE NO. 1:17-cv-00524-DAD-EPG<br><br>**ORDER ON DEFENDANT'S APPLICATION FOR AN ORDER SHORTENING TIME AND EX PARTE MOTION FOR LEAVE TO MODIFY THE RULE 16(b) SCHEDULING ORDER FOR REBUTTAL EXPERT DISCLOSURE FROM JULY 2, 2018, TO JULY 12, 2018**<br><br>**(ECF No. 37)** |

Defendant County of Fresno has filed an application for an order shortening time and ex parte motion for leave to modify the Rule 16(b) Scheduling Order to extend the deadline for rebuttal expert witness disclosure from July 2, 2018, to July 12, 2018 (ECF No. 37). The County of Fresno represents that the other parties to the action do not oppose the shortening of time or the requested modification of the Scheduling Order. The Court finds good cause for granting the requested relief. Accordingly,

1. Defendant, County of Fresno's application for an order shortening time is GRANTED;
2. Defendant, County of Fresno's motion to modify the Rule 16(b)

Scheduling Order is GRANTED. The deadline for rebuttal expert witness disclosure is extended from July 2, 2018, to July 12, 2018.

IT IS SO ORDERED.

Dated: __**June 29, 2018**__   /s/ *Erci P. Grosj*
　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE