UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID JESSEN and GRETCHEN JESSEN,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF FRESNO and CITY OF CLOVIS,<br><br>Defendants. | No. 1:17-cv-00524-DAD-EPG<br><br>ORDER GRANTING PLAINTIFFS' APPLICATION FOR PERMISSION TO FILE OPPOSITION BRIEFS IN EXCESS OF PAGE LIMITATION<br><br>(Doc. No. 46) |

On November 5, 2018, plaintiffs filed an application for permission to file opposition briefs to defendants' motions for summary judgment in excess of the 25-page limitation. (Doc. No. 46.) Plaintiffs request 33 pages to adequately respond to each of defendant's motions. (*Id.* at ¶ 11.) Defendants do not oppose plaintiffs' application. (*Id.* at ¶¶ 12, 13.) Good cause appearing, and in light of defendants' non-opposition, the court grants plaintiffs' application to file opposition briefs in excess of the page limitation.

IT IS SO ORDERED.

Dated: **November 6, 2018**

_____
UNITED STATES DISTRICT JUDGE

1